**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7128

EDWARD W. JEFFERSON,

            Plaintiff - Appellant,

      v.

SHANE WOOTEN, Officer; CRAIG WILKINS, Officer; PAUL
ZIOLKOWSKI, Lieutenant; JOHN FLAIG, Major; MICHAEL KING,
Security Chief; B. DANNA, Detective; WILLIAM JUSTICE,
Sergeant; KATHY KILLIAN, Nurse; GARY MAYNARD; M. MITCHELL,
Officer; OFFICER TRAVIS; KRISTY HICKMAN; KAREN M. DEAN;
COMMISSIONER GALLEY; STATE OF MARYLAND,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge.  (1:10-cv-02927-JFM)

Submitted:  January 31, 2012          Decided:  February 2, 2012

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward W. Jefferson, Appellant Pro Se.  Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland; Philip Melton Andrews, Eric Lawrence Klein, KRAMON &
GRAHAM, PA, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward W. Jefferson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jefferson v. Wooten, No. 1:10-cv-02927-JFM (D. Md. Aug. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2